Randy Chang, Esq. SBN 237618
The Chang Firm
7755 Center Avenue #1100
Huntington Beach, CA 92647
Phone: (818) 599-8095
Fax: (866) 541-8491
Email: randyc@thechangfirm.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DISTRICT - RIVERSIDE

| | |
|---|---|
| JUSTIN BOUZANE,<br><br>Plaintiff,<br><br>vs.<br><br>CAAZ VENTURES, LLC; JESUS DAVID AGUILAR, AND DOES 1-10, inclusive,<br><br>Defendant | Case No.: CV 19-1236-JFW-E<br><br>(Original case CV 19-1236-JGB-KK)<br><br>**JUDGMENT** |

In the above-entitled action, the Clerk of this Court entered a default against Defendant **JESUS DAVID AGUILAR** for failure to respond or appear, satisfying the requirements of Rule 55.

IT IS ADJUDGED that Plaintiff, JUSTIN BOUZANE, shall have and recover from Defendant, **JESUS DAVID AGUILAR** the sum of the principal amount of $130,000.00, plus $37,880.19 as accrued pre-judgment interest through December 26, 2019 (10% per annum – 2 years and 329 days at $15,000 per year and $36.11 per diem) plus $1500.00 (30 months at $50 per agreement) as costs, for a total of **$169,380.19**..

This Judgment is to accrue interest at the legal rate from the date of entry until paid.

DATED: January 2, 2020

By: _____
Honorable John F. Walter
U.S. District Court
Central District of California